RECEIVED
IN MONROE, LA

FEB 04 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ADRIAN LOUIS WILLIAMS, | CIVIL ACTION NO. 07-1799 |
| VS. | JUDGE ROBERT G. JAMES |
| SHERIFF STEVE PYLANT, ET AL. | MAG. JUDGE KAREN L. HAYES |

# RULING

On October 26, 2007, Plaintiff Adrian Louis Williams ("Williams"), acting *pro se*, brought this action pursuant to 42 U.S.C. §1983. On December 6, 2007, the Court issued an order granting Williams's Motion for Leave to Proceed in Forma Pauperis. [Doc. No. 4]. On December 7, 2007, the Clerk of Court sent that order to Williams at the Franklin Parish Detention Center in Winnsboro, Louisiana, Williams's last known place of confinement. On December 11, 2007, Magistrate Judge Karen L. Hayes issued a Report and Recommendation, recommending that Williams's action be dismissed with prejudice as frivolous and for failure to state a claim for which relief may be granted.

However, the envelope containing the order granting Williams's Motion for Leave to Proceed in Forma Pauperis was returned to the Clerk of Court on December 14, 2007, with a notation: "This inmate was transferred to West Carroll D.C. 11-08-07."

Local Rule 41.3W, in pertinent part, provides:

> The failure of an attorney or *pro se* litigant to keep the Court apprised of an address change may be considered cause for dismissal for failure to prosecute when a notice is returned to the Court for the reason of an incorrect address and no correction is made to the address for a period of 30 days.

In the present case, the Court's order was returned to the Clerk of Court on December 14, 2007. Plaintiff failed to advise the Court of his new address by January 14, 2008. The thirty-day period within which Williams was required to notify the Court of his new address has expired.

Accordingly, the Court finds that Williams has failed to prosecute his case. The Court declines to adopts the Magistrate Judge's Report and Recommendation. Williams's Complaint is hereby DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Local Rule 41.3W for failure to prosecute.

MONROE, LOUISIANA this 4 day of February, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE